IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL NO.: 1:15-cv-00184-MR-DSC

**DONNIE WILLIAMS,**

    **Plaintiff,**

**v.**

**NORFOLK SOUTHERN RAILWAY COMPANY,**

    **Defendant.**

_____

## ORDER APPROVING APPLICATION TO APPEAR PRO HAC VICE

**THIS MATTER** came before the Court upon the Application for Admission to Practice Pro Hac Vice of JOHN A. MOSS, Georgia Bar Number, 526579, pursuant to Local Rule LCvR 83.1. Upon review of the Application, the Court is of the opinion that the Application should be granted.

**IT IS THEREFORE ORDERED THAT**:

1) John A. Moss is hereby admitted to practice *Pro Hac Vice* in the United States District Court for the Western District of North Carolina in the above captioned case.

2) Brian A. Buchanan, of Grimes Teich Anderson, LLP, 535 College Street, Asheville, North Carolina 28801, who is a resident of North Carolina, shall serve as local counsel for the Applicant in this case.

**SO ORDERED**.

_____
David S. Cayer
United States Magistrate Judge